IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY NOTMEYER,<br><br>    Plaintiff,<br><br>  v.<br><br>STRYKER CORP.,<br><br>    Defendant._____/ | No. C 06-04096 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 15, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 9, 2007.

DESIGNATION OF EXPERTS by pltf: 4/9/07; by deft: 4/27/06, REBUTTAL: 5/11/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 1, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by June 1, 2007;

    Opp. Due June 15, 2007; Reply Due June 22, 2007;

    and set for hearing no later than July 6, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 31, 2007 at 3:30 PM.

JURY TRIAL DATE: August 13, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ten days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur by the end of November 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/29/06

SUSAN ILLSTON
United States District Judge