UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRY NOTMEYER,

       Plaintiff,

   v.

STRYKER CORPORATION,

       Defendant.
                                           /

No. C 06-4096 SI

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for settlement purposes. The Court recuses itself from hearing this matter.

IT IS SO ORDERED.

Dated: October 4, 2006

                                                                  *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge