IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY NOTMEYER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STRYKER CORP.,<br><br>　　　　　　Defendant.<br>_____ / | No. C 06-04096 SI<br>**AMENDED**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 31, 2007.

DESIGNATION OF EXPERTS by: 7/6/07; REBUTTAL: 7/16/07.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 27, 2007.

RESERVED FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT: 6/15/07 @ 9:00 a.m.
(File 5/11/07, Opposition 5/25/07, reply 6/1/07)

DISPOSITIVE MOTIONS **SHALL** be filed by June 1, 2007;

　　Opp. Due June 15, 2007; Reply Due June 22, 2007;

　and set for hearing no later than July 6, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 7, 2007 at 3:30 PM.
(Pretrial filings due: 7/31/07)

JURY TRIAL DATE: August 13, 2007 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ten days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall notify the Court by 3/30/07 of which ADR procedure they would like to participate in. The ADR process shall be completed between 6/18 -29/07.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/20/07

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge