NANCY HERSH, ESQ., CA State Bar No. 49091
RACHEL ABRAMS, ESQ., CA State Bar No. 209316
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue
2080 Opera Plaza
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY NOTMEYER, ) | CASE NUMBER C06-04096 SI |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER RE JOINT STIPULATED REQUEST TO EXTEND FACT DISCOVERY DEADLINE** |
| vs. ) | |
| ) | |
| STRYKER CORPORATION, ) | |
| HOWMEDICA OSTEONICS ) | |
| CORPORATION, BRAD DALTON, and ) | Judge: Hon. Susan Illston |
| DOES ONE through TWENTY-FIVE, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The matter of extending the fact discovery deadline came before this Court through a joint stipulated request. The Court having considered all of the pleadings, papers and records on file herein, and

GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED that the Joint Stipulated Request to Extend Fact Discovery Deadline is GRANTED. The fact discovery deadline is now June 29, 2007.

///

- 1 -

[PROPOSED] ORDER RE JOINT STIPULATED REQUEST TO EXTEND FACT DISCOVERY DEADLINE

IT IS SO ORDERED.

DATED:_____

_____
JUDGE SUSAN ILLSTON
Honorable United States District Court Judge

[PROPOSED] ORDER RE JOINT STIPULATED REQUEST TO EXTEND FACT DISCOVERY DEADLINE