```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    WAYNE A. WOLFF  Bar No. 161351
 2  JOHN G. GHERINI  Bar No. 220981
    One Market Plaza, Steuart Tower, 8th Floor
 3  San Francisco, California 94105
    Telephone: (415) 781-7900
 4  Facsimile: (415) 781-2635

 5  Attorneys for Defendants
    STRYKER CORPORATION, HOWMEDICA
 6  OSTEONICS CORPORATION
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY NOTMEYER, | CASE NO. C-06-04096 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SEALING DOCUMENTS FILED IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION** |
| v. | |
| STRYKER CORPORATION, HOWMEDICA OSTEONICS CORPORATION AND BRAD DALTON, | |
| Defendants. | |

Defendants STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP. (hereafter "DEFENDANTS") filed a motion for summary judgment with supporting declarations. Attached to the declarations were documents Defendants classified as confidential pursuant to the protective order entered into by the parties in this case. Plaintiffs also anticipate submitting documents designated as confidential in support of the opposition brief.

///
///
///
///
///
///
///

-1-
Stipulated Order to Seal Documents

CASE NO. C-06-04096 SI

1 | The parties, therefore, hereby stipulate and request an order from the Court, pursuant to Local Rule 79-5 as amended by Judge Illston's Standing Order, ¶ 3, preserving the confidentiality of the documents previously filed by Defendants as well as any documents classified as confidential that plaintiff or Defendants file in support of any opposition or reply briefs on the grounds the documents disclose protected trade secret information thereby allowing them to filed under seal pursuant to Local Rule 7-10(b).

SO STIPULATED.

DATED: May 22, 2007         HERSH & HERSH

*Rachel Abrams*

By:_____
    Rachel Abrams, Esq.
    Attorneys for Plaintiff
    Barry Notmeyer

DATED: May 22, 2007         SEDGWICK, DETERT, MORAN & ARNOLD LLP

*John Gherini*

By:_____
    Wayne A. Wolff
    John G. Gherini
    Attorneys for Defendants Stryker Corporation and
    Howmedica Osteonics Corporation

## [Proposed] Order

The matter of sealing documents filed in support of, or in opposition to, Defendant's Summary Judgment Motion came before this Court through a joint stipulated request. The Court having considered all of the pleadings, papers and records on file herein, and

GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED that the documents designated as confidential, previously filed by Defendants in support of Defendant's Motion for Summary Judgment will be filed under seal and that any confidential documents filed by plaintiff in opposition to the motion, or by Defendants in support of any reply brief, will similarly be filed under seal.

IT IS SO ORDERED.

DATED:_____

_____
JUDGE SUSAN ILLSTON
Honorable United States District Court Judge