1 SEDGWICK, DETERT, MORAN & ARNOLD LLP
WAYNE A. WOLFF  Bar No. 161351
2 JOHN G. GHERINI  Bar No. 220981
One Market Plaza, Steuart Tower, 8th Floor
3 San Francisco, California 94105
Telephone: (415) 781-7900
4 Facsimile: (415) 781-2635

5 Attorneys for Defendants
STRYKER CORPORATION, HOWMEDICA
6 OSTEONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BARRY NOTMEYER, | CASE NO. C-06-04096 SI |
|---|---|
| Plaintiff, | **DEFENDANT'S EX PARTE APPLICATION AND [PROPOSED] ORDER FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF 15 PAGES PURSUANT TO LOCAL RULE 7-4** |
| v. | |
| STRYKER CORPORATION, HOWMEDICA OSTEONICS CORPORATION AND BRAD DALTON, | |
| Defendants. | |

**REVISED**
1:40 pm, Jun 01, 2007

Defendants Stryker Corporation and Howmedica Osteonics Corp hereby submit this Ex Parte application and [Proposed] Order requesting leave from the Court to file a Reply Brief in Support of Defendants' Motion for Summary Judgment that slightly exceeds the page limits for Reply Briefs specified in Local Rules 7-3(c) and 7-4(b).  This Ex Parte application is made pursuant to Local Rule 7-4(b), which requires a party to obtain an order from the Court to file a brief that exceeds the specified page limits.[1]

By way of this ex parte application, Defendants request to file a Reply Brief containing only a few pages above the 15 page limit.

Good cause exists to allow Defendants to file Reply Brief that slightly exceeds the page limit requirement for the following reasons.  In support of plaintiff's Opposition, plaintiff

---

[1] The Local Rules under Rule 7-4 cross reference section 7-10 pertaining to ex parte applications.

-1-  CASE NO. C-06-04096 SI
Ex Parte Application to File Over Length Reply Brief

1  submitted a declaration from his expert, Suzanne Parisian, MD. The declaration is 27 pages in
2  length and contains several misrepresentations regarding the FDA's regulatory approval process
3  as well as misrepresentations regarding the regulatory history of the subject prosthesis.
4  Defendants believe these misrepresentations must each be addressed in the Reply Brief
5  contributing to the length of the brief. Plaintiff's Opposition also raises several unsupported and
6  tenuous legal arguments. Such arguments include the applicability of res ipsa loquitur, a legal
7  challenge to the Courts consideration of amicus briefs and FDA position statements and an
8  argument regarding a presumption against preemption in spite the fact preemption is expressly
9  provided for by statute. Plaintiff's Opposition also includes a factual statement of 12 pages
10 containing mostly extraneous legal argument.
11       Considering the amount of content added by plaintiff's expert and the addition of tenuous
12 legal theories included in the Opposition, Defendants believe good cause exists to file a Reply
13 Brief that slightly exceeds the page limit requirements.
14
15 DATED: May 31, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP
16
17                                      John Gherini
18                              By:_____
                                    Wayne A. Wolff
19                                  John G. Gherini
                                    Attorneys for Defendants Stryker Corporation and
20                                  Howmedica Osteonics Corporation

| | |
|---|---|
| 1 | **[Proposed] Order** |
| 2 | The matter of Defendants' Ex Parte Application for Leave of Court to File an Over |
| 3 | Legnth Reply Brief came before this Court through Defendants Ex Parte Application. The Court |
| 4 | having considered all of the pleadings, papers and records on file herein, and |
| 5 | GOOD CAUSE APPEARING THEREFOR: |
| 6 | |
| 7 | IT IS HEREBY ORDERED that Defendants are permitted to file a Reply Brief that is up to 20 pages in length |
| 8 | ~~exceeds the page limit requirement.~~ |
| 9 | |
| 10 | IT IS SO ORDERED. |
| 11 | |
| 12 | |
| 13 | DATED:_____ |
| 14 | _____ |
| 15 | JUDGE SUSAN ILLSTON<br>Honorable United States District Court Judge |

-3- CASE NO. C-06-04096 SI
Ex Parte Application to File Over Length Reply Brief

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28