1   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    WAYNE A. WOLFF  Bar No. 161351
2   KEVIN R. COSTELLO  Bar No. 199989
    JOHN G. GHERINI  Bar No. 220981
3   One Market Plaza, Steuart Tower, 8th Floor
    San Francisco, California 94105
4   Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
5
    Attorneys for Defendants
6   STRYKER CORPORATION and HOWMEDICA
    OSTEONICS CORP.
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  BARRY NOTMEYER,                          CASE NO. C-06-04096 SI

12              Plaintiff,                   **STIPULATION AND [PROPOSED]**
                                             **AMENDED SCHEDULING ORDER**
13          v.

14  STRYKER CORPORATION,
    HOWMEDICA OSTEONICS
15  CORPORATION AND BRAD DALTON,

16          Defendants.

17                           __STIPULATION__

18          Plaintiff BARRY NOTMEYER (hereafter "Plaintiff") and defendant STRYKER

19  CORPORATION and HOWMEDICA OSTEONICS CORP. (hereafter "Defendants"), by and

20  through their respective counsel of record, hereby stipulate to the following:

21          The parties have diligently worked to conduct the necessary discovery in this case.  Based

22  on expert witness schedules and other time considerations, both parties need additional time to

23  arrange for and conduct expert discovery and prepare for trial.  Therefore, the parties have agreed

24  and seek the Court's order to extend the expert discovery cutoff, the pre-trial conference and other

25  related dates, and trial date, as depicted in the chart below.

26  / / /

27  / / /

28  / / /

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

SF/1415057v1

                                        -1-                     CASE NO. C-06-04096 SI
                   STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER

1      The parties hereby stipulate to amend the Court's March 20, 2007 scheduling order as

2   follows:

| Event | Current Date | Proposed Stipulated Date |
|-------|--------------|--------------------------|
| Expert Discovery Cutoff | July 27, 2007 | October 26, 2007 |
| Pretrial Conference Date | August 7, 2007 | ~~November 6, 2007~~ 10/30/07 |
| Trial Date | August 13, 2007 | November ~~12,~~ 2007 11/13/07 |

8   SO STIPULATED AND AGREED

9   DATED: July 8, 2007        HERSH & HERSH

11                    By:_____
                     Rachel Abrams

12                      Attorneys for Plaintiff
                     BARRY NOTMEYER

15   DATED: July 8, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

17                    By:_____
                     Wayne A. Wolff

18                      Attorneys for Defendants
                     STRYKER CORPORATION and HOWMEDICA

19                      OSTEONICS CORP.

SEDGWICK
DETERT, MORAN & ARNOLD LLP

## ORDER

The Amended Schedule as stipulated by the parties above is hereby adopted by the Court and the parties are ordered to comply with this Order.

DATED:_____

_Susan Illston_

Honorable Susan Illston,
United States District Judge

CASE NO. C-06-04096 SI

STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1415057v1