1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    BARRY NOTMEYER,                            No. C 06-04096 SI

9              Plaintiff,                        **ORDER RE:  DISCOVERY**

10      v.

11   STRYKER CORP., et al.,

12             Defendants.
                                        /
13

14          Via letter brief, plaintiff requests clarification of the Court's July 3, 2007 Order Re:  Discovery.

15   In that Order, the Court found that one of the parties' disputes – a motion by plaintiff to compel

16   production of adverse event documents – was moot, because defendants appeared to agree to produce

17   the documents at issue.  Plaintiff now complains that defendants agreed only to produce adverse event

18   documents related to femoral heads of the same size as those implanted in plaintiff; plaintiff requested

19   accident reports related to femoral heads of all sizes.  In response, defendants contend that the requested

20   documents are not likely to lead to relevant evidence.  The Court disagrees.  The rate and manner of

21   failure for different sizes of the femoral head are highly relevant to plaintiff's negligent design and

22   manufacturing defect claims.  Accordingly, the Court ORDERS defendants to produce adverse event

23   documents for adverse events occurring after plaintiff's implantation surgery, involving all sizes of the

24   Alumina C-Taper femoral heads.  [Docket No. 67]

25          **IT IS SO ORDERED.**

26

27   Dated: August 6, 2007

28                                                 _____
                                                   SUSAN ILLSTON
                                                   United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

2